# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 68 WM 2019

Respondent :

v. :

DAARON ANTHONY SHEARS, :

Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of November, 2019, the "Amended Emergency Application for Extraordinary Relief" and the Application for Immediate Release are DISMISSED. *See Commonwealth v. Ellis*, 626 A.2d 1137 (Pa. 1993) (explaining that hybrid representation is impermissible). The Prothonotary is DIRECTED to forward the filings to counsel of record.